UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD HERRICK,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>MARK STRONG, et al.,<br>　　　　　　　　Defendantss. | No. C15-5779 RBL-KLS<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. (Dkt. 1). Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $400.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this 30th day of October, 2015.

　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1